UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOZELL A. MILLER, | Case No. C16-5137-JPD |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the plaintiff's July 19, 2018 motion for attorney's fees under 42 U.S.C. § 406(b). Dkt. 28. On July 30, 2018, the defendant indicated that the Commissioner "has no objection to this request." Dkt. 29 at 1.

Accordingly, the Court GRANTS plaintiff's unopposed motion, Dkt. 28, and ORDERS that plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $26,104.25 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $6,007.01 that previously were awarded, leaving a net fee of $20,097.24. When issuing the 42 U.S.C. § 406(b) check for payment to plaintiff's attorney herein, Social Security is directed to send to plaintiff's attorney the net balance of $20,097.24, minus any applicable processing fees as allowed by statute.

ORDER
PAGE - 1

After paying the attorneys fee, Social Security shall release all remaining funds directly to plaintiff.

DATED this 9th day of August, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge